UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SEAN BRIAN JONES AND<br>AND MONA LISA JONES<br>    *Plaintiffs*<br><br>VS.<br><br>ROBERT PEREZ AND<br>ROOT INSURANCE COMPANY<br>    *Defendants* | § § § § § § § § § § | NO. 5:24-cv-00067 JKP |

### JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

COME NOW, Plaintiffs, SEAN BRIAN JONES AND MONA LISA JONES, and Defendant ROOT INSURANCE COMPANY (collectively, **"the Parties"**), and jointly provide the Court with notice that the Parties have reached a settlement in the above-entitled case. Currently, the Parties are working diligently to draft and execute the necessary settlement documents. As soon as the settlement documents are finalized, which the Parties anticipate will occur within the next sixty (60) days, the Parties will expediently file a stipulation of dismissal with prejudice and a proposed Final Judgment.

Respectfully submitted,

GERMER PLLC

*/s/ Mark A. Zamora*
**Adrian P. Senyszyn**
  State Bar No. 24060585
  asenyszyn@germer-sa.com
**Mark A. Zamora**
  State Bar No. 24098651
  mzamora@germer-sa.com
Plaza Las Campanas
1826 North Loop 1604 West, Suite 300
San Antonio, Texas 78248
Phone: (210) 640-1650

Fax: (512) 472-0721
*Attorneys for Defendant*
*Root Insurance Company*

*AND*

**DAVIS LAW FIRM**

/s/ Ralph Lopez
Ralph Lopez
State Bar No. 12569200
ralphl@davislaw.com
**Richard F. Neville, IV**
State Bar No. 24110154
rickyn@davislaw.com
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Phone: (210) 444-4444
Fax: (210) 785-0806
*Attorneys for Plaintiffs*